B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of Rhode Island

In re   Joseph R. Nardolillo, Jr.                    Case No.   18-10464-DF

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2018 G-CTT, as serviced by Rushmore Loan Management Services
Name of Transferee

Wells Fargo Bank, N.A.
Name of Transferor

Name and Address where notices to transferee should be sent:
Rushmore Loan Management Services LLC
1775 Wittingon Place, Suite 400
Dallas, TX 75234

Phone:     888-616-5400
Last Four Digits of Acct #:     9178

Name and Address where transferee payments should be sent (if different from above):
Rushmore Loan Management Services LLC
P.O. Box 514707
Los Angeles, CA 90051-4707

Phone:     888-616-5400
Last Four Digits of Acct #:     9178

Court Claim # (if known):   3-1
Amount of Claim:   $106,817.92
Date Claim Filed:   May 2, 2018

Phone: 800-274-7025
Last Four Digits of Acct #:   8192

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    /s/ *Michael Swain*                    Date:    April 27, 2021
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.