**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**

In Re:  Nardolillo                                    Case Number 18-10464
       Debtor                                            Chapter 13

**DEBTORS' MOTION TO SUSPEND**
**PLAN PAYMENTS FROM JUNE 15, 2021-SEPTEMBER 15, 2021**

Now comes the Debtor and hereby makes this his Motion to Suspend Plan Payments from June 15, 2021 to September 15, 2021. For good and sufficient cause the Debtor asks for this deferment on his payments because his normal work week of 45 hours per week has been reduced to 32 hours per week for the foreseeable future due to COVID-19. Please see attached correspondence from Debtor. The Debtor understands that the payments due pursuant to the plan will accrue and be payable prior to the conclusion of the plan.

/s/ Stephen P. Levesque
Stephen P. Levesque 5742
165 Burnside Street, 2nd Floor
Cranston, RI 02910
stephen@spllaw.com
Phone (401) 490-4900

CERTIFICATION:    This is to certify that a true and accurate copy of this Motion was served electronically (ECF) on the Office of the US Trustee and John Boyajian, Esq. this 4th day of June, 2021.

/s/ Stephen P. Levesque

Within fourteen (14) days after service, if served electronically, as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if served by mail or other excepted means specified, any party against whom such paper has been served, or any other party who objects to the relief sought, shall serve and file an objection or other appropriate response to said paper with the Bankruptcy Court Clerk's Office, 380 Westminster Street, 6th Floor, Providence, RI 02903, (401) 626-3100. If no objection or other response is timely filed, the paper will be deemed unopposed and will be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the Court, the interest of justice requires otherwise.



Rachel Canelo <rachel@spllaw.com>

## Nardolillo Deferment letter

1 message

---

**joe nardo** <lxho50@gmail.com>  
To: rachel@spllaw.com

Thu, Jun 3, 2021 at 4:26 PM

Dear Mr John Boyajian,  
I am writing to you today to ask for a 4 month defermant on my payments towards my Chapter 13 case .  
The reason for this request is because I have be recently been placed on furlough at work . A normal work week is usually 45 hours a week . My hours now now been furloughed to 32 hours a week due to Covid 19 .  
Any help in this would be greatly appreciated .  
        Thank you ,

    Joseph R Nardolillo Jr